UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-24680-DPG

LIVING TREE LABORATORIES, LLC,

        Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,
OPTUMINSIGHT, INC.,
UNITED BEHAVIORAL HEALTH, INC., and
UNITEDHEALTH GROUP, INC.,

        Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Living Tree Laboratories, LLC, states that it is a privately-held company and has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: November 9, 2016        Respectfully submitted,

        By: /s/ *Steven R. Weinstein*
        Steven R. Weinstein, Esq.
        Florida Bar No. 985848
        steven.weinstein@klgates.com
        **K&L Gates LLP**
        Southeast Financial Center
        200 S. Biscayne Boulevard, Suite 3900
        Miami, FL 33131-2399
        Telephone:    305-539-3300
        Facsimile:    305-358-7095

        and

2

Anthony P. La Rocco (pro hac vice pending)
anthony.larocco@klgates.com
George P. Barbatsuly (pro hac vice pending)
george.barbatsuly@klgates.com
One Newark Center, 10th Floor
Newark, New Jersey 07102
Telephone:    973-848-4000
Facsimile:    973- 848-4001
***Attorneys for Plaintiff***
***Living Tree Laboratories, LLC***