UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-24680-DPG

LIVING TREE LABORATORIES, LLC,

                Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,
OPTUMINSIGHT, INC., UNITED BEHAVIORAL
HEALTH, INC., and UNITEDHEALTH
GROUP, INC.,

                Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

Notice is hereby given that David I. Spector, Esq., Sandra L. Heller, Esq., Irene Bassel Frick, Esq., and Andrew M. Loewenstein, Esq., of Akerman LLP enter their appearances as counsel for Defendants United Healthcare Services, Inc., Optuminsight, Inc., United Behavioral Health, Inc., and United Health Group, Inc., in the above-captioned action, and request that copies of all correspondence, pleadings, motions, court papers and/or documents otherwise relating to this action be served on the undersigned counsel.

Date: December 20, 2016

                                              Respectfully submitted,

                                              **AKERMAN LLP**
                                              777 South Flagler Dr., Suite 1100
                                              West Tower
                                              West Palm Beach, FL 33401
                                              Telephone:  (561) 653-5000
                                              Facsimile:  (561) 659-6313

{40267580;1}

By: /s/ David I. Spector
DAVID I. SPECTOR, ESQ.
Florida Bar No. 086540
E-Mail: david.spector@akerman.com
SANDRA L. HELLER, ESQ.
Florida Bar No. 037055
E-Mail: sandra.heller@akerman.com
IRENE BASSEL FRICK, ESQ.
Florida Bar No. 158739
E-Mail: irene.basselfrick@akerman.com
ANDREW M. LOEWENSTEIN, ESQ.
Florida Bar No. 073096
E-mail: andrew.loewenstein@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically filed this *Notice of Appearance as Counsel for Defendants* with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on parties listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ David I. Spector

{40267580;1}

## SERVICE LIST

*Living Tree Laboratories, LLC, v. United Healthcare Services, Inc., Optuminsight, Inc., United Behavioral Health, Inc., and Unitedhealth Group, Inc.,* Case No.: 1:16-CV-24680-DPG-GAYLES/TURNOFF United States District Court, Southern District of Florida, Miami Division

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| Steven R. Weinstein, Esq.<br>Florida Bar No. 985848<br>steven.weinstein@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 3900<br>Miami, FL 33131-2399<br>Telephone: 305-539-3300<br>Facsimile: 305-358-7095<br><br>and<br><br>Anthony P. La Rocco (*pro hac vice* pending)<br>anthony.larocco@klgates.com<br>George P. Barbatsuly (*pro hac vice* pending)<br>george.barbatsuly@klgates.com<br>One Newark Center, 10th Floor<br>Newark, New Jersey 07102<br>Telephone: 973-848-4000<br>Facsimile: 973- 848-4001 | David I. Spector, Esq.<br>Sandra Heller, Esq.<br>Irene Bassel Frick, Esq.<br>Andrew M. Loewenstein, Esq.<br>**Akerman LLP**<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm beach, FL 33401<br>Telephone: 561-653-5000<br>Facsimile: 561-659-6313<br>david.spector@akerman.com<br>sandra.heller@akerman.com<br>irene.basselfrick@akerman.com<br>andrew.loewenstein@akerman.com |