UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-24680-DPG

LIVING TREE LABORATORIES, LLC,

      Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,
OPTUMINSIGHT, INC., UNITED BEHAVIORAL
HEALTH, INC., and UNITEDHEALTH
GROUP, INC.,

      Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants United HealthCare Services, Inc. ("UHS"), OptumInsight, Inc. ("Optum"), United Behavioral Health, LLC, ("UBH") and UnitedHealth Group, Inc. ("UHG") (collectively, "United" or "Defendants") by and through their undersigned counsel respectfully request the Court for an extension of twenty-one (21) days to respond to Plaintiff, Living Tree Laboratories, LLC's ("Living Tree" or "Plaintiff"), Complaint and state as follows:

  1.  On November 8, 2016, Plaintiff filed its Complaint in this case. [ECF 1]. The Complaint contains various allegations relating to thousands of claims for reimbursement Plaintiff allegedly submitted, and asserts nine separate claims against Defendants. In addition, several voluminous exhibits accompany the Complaint. The Complaint and Exhibits must be thoroughly reviewed for Defendants and their counsel to prepare a substantive response.

  2.  The current deadline for Defendants to respond to the Complaint is January 9, 2017. [ECF 6-9].

{40280074;1}

3. The undersigned counsel was only recently retained in this matter.

4. Under the circumstances, Defendants request a twenty-one (21) day extension of the current deadline to answer or otherwise respond to the Complaint, resulting in a new deadline of January 30, 2017.

5. Plaintiff does not oppose the relief requested in this Motion.

6. This Motion is not being filed for the purpose of delay, and Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs Complaint.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel certifies that she conferred with counsel for Plaintiff via telephone and email on December 20, 2016, and counsel for Plaintiff does not object to the relief sought herein.

{40280074;1}

Date: December 21, 2016      Respectfully submitted,

By: /s/ *Sandra L. Heller*
DAVID I. SPECTOR, ESQ.
Florida Bar No. 086540
E-Mail: david.spector@akerman.com
SANDRA L. HELLER, ESQ.
Florida Bar No. 037055
E-Mail: sandra.heller@akerman.com
IRENE BASSEL FRICK, ESQ.
Florida Bar No. 158739
E-Mail: irene.basselfrick@akerman.com
ANDREW M. LOEWENSTEIN, ESQ.
Florida Bar No. 073096
E-mail: andrew.loewenstein@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner to all parties on the attached Service List.

By:/s/ *Sandra L. Heller*

{40280074;1}

## SERVICE LIST

| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
|---|---|
| Steven R. Weinstein, Esq.<br>Florida Bar No. 985848<br>steven.weinstein@klgates.com<br>**K&L Gates LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard, Suite 3900<br>Miami, FL 33131-2399<br>Telephone: 305-539-3300<br>Facsimile: 305-358-7095<br><br>and<br><br>Anthony P. La Rocco (pro hac vice pending)<br>anthony.larocco@klgates.com<br>George P. Barbatsuly (pro hac vice pending)<br>george.barbatsuly@klgates.com<br>One Newark Center, 10th Floor<br>Newark, New Jersey 07102<br>Telephone: 973-848-4000<br>Facsimile: 973- 848-4001 | David I. Spector, Esq.<br>Sandra Heller, Esq.<br>Irene Bassel Frick, Esq.<br>Andrew M. Loewenstein, Esq.<br>**Akerman LLP**<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm beach, FL 33401<br>Telephone: 561-653-5000<br>Facsimile: 561-659-6313<br>david.spector@akerman.com<br>sandra.heller@akerman.com<br>irene.basselfrick@akerman.com<br>andrew.loewenstein@akerman.com |