UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-CV-24680-DPG

LIVING TREE LABORATORIES, LLC,

      Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,
OPTUMINSIGHT, INC., UNITED BEHAVIORAL
HEALTH, INC., and UNITEDHEALTH
GROUP, INC.,

      Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES
AND PAGE LIMITATIONS**

THIS CAUSE having come before the Court upon the Joint Motion for Extension of Deadlines and Page Limitations, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Accordingly, the Court **ORDERS**:

 a) Defendants shall have an extension of 14 days from the current deadline, which is March 13, 2017, to respond to Plaintiff's Amended Complaint [ECF No. 31] , up to and including March 27, 2017. Should Defendants file a motion under Rule 12, Defendants may file a brief consisting of up to thirty (30) pages in length, exclusive of title pages preceding the first page of text, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service;

 b) Plaintiff shall have an additional fourteen (14) days, up to and including April 24, 2017, to respond to any Motion filed under Rule 12 by Defendants. Plaintiff's response may consist of up to 30 pages in length, exclusive of title pages preceding the first page of text, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service;

 c) Defendants shall have fourteen total days to file any Reply to Plaintiff's response to a Motion brought under Rule 12, up to and including May 8, 2017.

{41029300;2}

**DONE AND ORDERED** in Chambers this _____ day of March, 2017.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Counsel of Record*

{41029300;2}