UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-24680-GAYLES/LOUIS

**LIVING TREE LABORATORIES, LLC**,

    Plaintiff and Counter-Defendant,

v.

**UNITED HEALTHCARE SERVICES, INC., et al.**,

    Defendants and Counter-Plaintiffs,

v.

**LIVING TREE LABORATORIES, LLC,
A NEW START, INC., and MOSHE DUNOFF**,

    Counter-Defendant and Third-Party
    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Lauren Fleischer Louis' Report and Recommendations (the "Report") [ECF No. 351] regarding Judgment Creditors United Healthcare Services, Inc., OptumInsight, Inc., United Behavioral Health, Inc., and UnitedHealth Group, Inc.'s Motion to (I) Institute Proceedings Supplementary, (II) Issue a Notice to Appear to Alyssa Dunoff, and (III) Schedule Further Proceedings Consistent with the Notice to Appear (the "Motion") [ECF No. 348]. The Court referred the Motion to Judge Louis for a ruling pursuant to 28 U.S.C. § 636. [ECF Nos. 35, 223, 327]. On November 11, 2022, Judge Louis issued her Report recommending that the Motion be granted. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

objections are made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Louis' well-reasoned analysis and conclusions that the Motion should be granted and that proceedings supplementary should be initiated.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Lauren Fleischer Louis' Report and Recommendations, [ECF No. 351], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Judgment Creditors' Motion, [ECF No. 348], is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of November, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE